STATE, Respondent, v. BAUER, Appellant.

(232 N. W. 92.)

(File No. 7020.   Opinion filed October 6, 1930.)

*Alan Bogue,* of Parker, for Appellant.

*M. Q. Sharpe,* Attorney General, *Frank W. Mitchell,* Assistant Attorney General, and *W. R. White,* State's Attorney, of Centerville, for the State.

PER CURIAM.   We have carefully examined the record, and finding no error, the judgment and order appealed from are affirmed.

REMME, Appellant, v. JOHNSON, Respondent.

(232 N. W. 92.)

(File No. 7041.   Opinion filed October 6, 1930.)

*Charles Lacey,* of Sioux Falls, for Appellant.

*M. G. Luddy,* of Sioux Falls, for Respondent.

PER CURIAM.   Plaintiff's complaint sufficiently alleges the execution of a contract in writing and seeks damages for a breach thereof.   At the opening of the trial defendant objected to the introduction of any testimony upon the ground that the complaint did not state facts sufficient to constitute a cause of action in favor of the plaintiff and against the defendant.   This objection was sustained and an order entered accordingly and a judgment entered dismissing the complaint, from which plaintiff has appealed.

The allegations of the complaint are entirely sufficient to state a cause of action in favor of appellant and against respondent, and the judgment appealed from is therefore reversed.

All the Judges concur.